Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

FILED
U.S. District Court
District of Kansas

SEP 2 6 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Samuel Roman, One of the People of Kansas

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    6:23-cv-1208-KHV-BGS

_(to be filled in by the Clerk's Office)_

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jeffery Miller; Fred Corley;
Katie Bray Barrett; William R. Mott;

Barnett

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I designate Wichita, KS as my place for Trial.

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Samuel Roman |
| Street Address | 1076 w 120th Ave N |
| City and County | Conway  Sumner    Springs |
| State and Zip Code | Kansas 67031 |
| Telephone Number | 620 359-2315 |
| E-mail Address | drummingtoheaven@hotmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeffery Miller |
| Job or Title *(if known)* | Deputy for Sumner County Sheriff's Office |
| Street Address | 610 E. hillside rd |
| City and County | wellington sumner |
| State and Zip Code | kansas 67152 |
| Telephone Number | 620 329 -8941 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Fred Corley |
| Job or Title *(if known)* | Deputy for Sumner County Sheriff's Office |
| Street Address | 610 E. Hillside rd |
| City and County | wellington sumner |
| State and Zip Code | Kansas 67152 |
| Telephone Number | 620 326-8941 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Katie Bray Barnett |
| Job or Title *(if known)* | Special Prosecutor, State of Kansas |
| Street Address | P.O. BOX 442193 |
| City and County | Lawrence Douglas |
| State and Zip Code | Kansas 66202 |
| Telephone Number | 1 785 727-9789 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | William R Mott |
| Job or Title *(if known)* | Judge for Thirteenth Judicial District, Sumner County, Kansas |
| Street Address | 501 N Washington |
| City and County | wellington sumner |
| State and Zip Code | Kansas 67152 |
| Telephone Number | 620 326-5936 |
| E-mail Address *(if known)* | |

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                              ☐ Diversity of citizenship


Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Amendment; 6th Amendment; Conspiracy Against Rights (18 USC 241); Deprivaton of Rights Under Color of Law and Authority (18 USC 242); Scheme and Artifice the Defraud (18 USC 1346)

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Samuel Roman                                      , is a citizen of the

State of *(name)*  Kansas                                      .


b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                      , is incorporated

under the laws of the State of *(name)*                                      ,

and has its principal place of business in the State of *(name)*

                                      .


*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                                      , is a citizen of

the State of *(name)*                                      . Or is a citizen of

*(foreign nation)*                                      .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.      If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under

            the laws of the State of *(name)* _____, and has its

            principal place of business in the State of *(name)* _____.

            Or is incorporated under the laws of *(foreign nation)* _____,

            and has its principal place of business in *(name)* _____.

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

         The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

         Sumner County, Kansas

B.      What date and approximate time did the events giving rise to your claim(s) occur?

         September 23, 2022
         September 28, 2022
         July 21, 2023
         August 10, 2023

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On about the 21st day of September, 2023 and again on or about the 28th day of September, 2023, in the County of Sumner, State of Kansas, the Deputies of the Sumner County Sheriff's Department did recklessly, knowingly and intentionally enter my land and seize my property while acting upon an anonymous tip under the color of law and authority of KSA § 21-6412(e) without a warrant, and, without probable cause, without exigent circumstances, without lawful or legal authority; and, without any limit by order, statute, or regulation as to time, place, and scope in order to comport with the requirements of the Fourth Amendment in order to perform any inspections, searches or seizures. The Court concluded that the officers did trespass without a warrant, probable cause nor exigent circumstances; and K.S.A. 21-6412(e) did not convey nor grant the authority to search my property for evidence of animal cruelty or for the purposes of a welfare check, even in open fields, and; there is a lack of any first-hand knowledge of any wrongdoing or illegal activity in support of the anonymous tip before the trespass.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Property has already been seized, damaged and destroyed. The animals taken are of show quality for breeding. Some of the animals taken where generational champions. The lineages are irreplacable. Since the taking, we have learned that some have been destroyed and mutilated. The dogs of breeding quality have been spayed or neutered, destroying the value of the breed.

my biological children are emotionally scarred for the taking of the family pets by the Deputies of the Sumner County Sheriff's Department and the damage to my good name and reputation will take years to fix; the Sumner County Sheriff's Department went nationwide with its coverage on social media, news outlets and print publications. There is no amount of monetary compensation that will restore my faith and trust in law enforcement of Sumner County, Kansas or restore my good name.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I require and wish for an injunction against the men and women named in this suit and the Thirteenth Judicial District of Sumner County Kansas to cease and desist with the wrongful and malicious prosecution in this matter because of their abuse of power, authority and process. The men and women named have recklessly, willfully and intentionally engaged in perjury, subborned perjury and conspired to deny, deprive and sanction trespass upon rights ennumerated and set forth in both the Kansas and Untied States Constitutions.

monetary compensation is a good start, but i also require and wish for a public apology on par with coverage and exposure of the negative press i received so that i can beging the healing process and restore my good and valuable name and character from this attempted assassination.

## VI.　Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.　For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:　　　09/26/2023

Signature of Plaintiff　　*Samuel Roman*

Printed Name of Plaintiff　　*Samuel Roman*

### B.　For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address